```
            IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT KOZAKIEWICZ,            :
                               :    No.: 3:19cv00435
            Plaintiff,         :
                               :
    v.                         :
                               :    CIVIL ACTION
MAVIS TIRE SUPPLY LLC,         :
MAVIS DISCOUNT TIRE,           :    Hon. Christopher C. Conner
MAVIS DISCOUNT TIRE, Inc.      :
                               :
                               :
                               :
            Defendants.        :

:   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :
```

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Federal Rules of Civil Procedure 41.

It is further stipulated and agreed by the attorneys for the respective parties that the above action be dismissed with prejudice and without costs or fees to the parties.

                                   Respectfully Submitted,


                                   /s/ Charles Kannebekcer
                                   Charles Kannebecker, Esquire
                                   Attorney for Plaintiffs


                                   /s/ Patrick Heffron
                                   Patrick Heffron, Esq.
                                   Attorney for Defendants